IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| CHERYL BESSER, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>BANK OF ANN ARBOR,<br><br>    Defendant. | Case No. 2:13-cv-13360-BAF-LJM |

### STIPULATION OF DISMISSAL

Plaintiff Cheryl Besser ("Plaintiff"), and Defendant Bank of Ann Arbor ("Defendant"), by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A) and Fed. R. Civ. P. 23(e), hereby stipulate to the dismissal of this action, with prejudice as to Plaintiff's individual claims, and without prejudice as to the claims of any alleged class members. No class has been certified in this action. Accordingly, class notice and Court approval of the settlement are not required under Fed R. Civ. P. 23(e).

In accordance with the terms of this Stipulation and their Settlement Agreement, the parties request that the Court dismiss with prejudice Plaintiff's individual claims and dismiss without prejudice the claims of any alleged class members, and retain jurisdiction to interpret and enforce the terms of the Stipulation and Settlement Agreement entered into by the parties.

Dated:  November 20, 2013

Respectfully submitted,

| | |
|---|---|
| By: */s/ Sunshine R. Fellows*<br>Sunshine R. Fellows<br>sfellows@carlsonlynch.com<br>CARLSON LYNCH LTD<br>PNC Park<br>115 Federal Street, Suite 210<br>Pittsburgh, PA  15212<br>Phone:  412-322-9243<br>Fax:  412-231-0246<br><br>*Attorneys for Plaintiff* | By: */s/ Bruce T. Wallace*<br>Bruce T. Wallace<br>bwallace@hooperhathaway.com<br>HOOPER, HATHAWAY, PRICE, BEUCHE<br>& WALLACE<br>126 S. Main Street<br>Ann Arbor, MI 48104-1903<br>Phone:  734-662-4426<br>Fax:  734-662-9559<br><br>*Attorneys for Defendant* |